263 So.2d 48

Charles MILLER

v.

BILLUPS PETROLEUM COMPANY et al.

No. 52573.

June 22, 1972.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment. The issues are factual.

263 So.2d 48

WAGENVOORD BROADCASTING COMPANY, Inc.

v.

Burton BLANCHARD and John Rhodes, individually, and d/b/a Electronic Sales & Service.

No. 52572.

June 22, 1972.

Writ refused. The judgment of the Court of Appeal is correct.